UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN DAGGETT,

    Plaintiff,

 v.              Case No. 12-C-0034

JUDGE DANIEL BISSETT, et al.,

    Defendants.

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Several of the defendants in the above matter have moved for dismissal on the ground that the Complaint fails to state a federal claim against the defendants. The motion will be granted. John Daggett, a frequent pro se filer in federal court, filed this action on January 10, 2012, naming as defendants Winnebago Circuit Court Judge Daniel Bissett, the Chief of Police, the City Manager, and an officer of the Oshkosh Police Department. Daggett's Complaint seems to allege that he was involved in an automobile accident while riding his bicycle and the defendants did not support his claim against the citizen driver of the vehicle he claims caused the accident. Daggett's primary complaint seems to be against Judge Bissett, who he claims was in collusion with the driver of the vehicle and failed to enter a default judgment against her. Judge Bissett has absolute judicial immunity and therefore the complaint clearly fails to state a claim against him. No specific allegations are sufficient to provide the other defendants with any notice of any federal claim.

Accordingly, the defendant's motion to dismiss is granted and the case is dismissed against all of the defendants.

**SO ORDERED** this   30th   day of January, 2012.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach
                                                            United States District Judge